UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| AYDE MENA AMARO, et al., | 16-CV-7704 |
| --- | --- |
| *Plaintiffs,* | **STIPULATION AMENDING SETTLEMENT AGREEMENT** |
| -against- | |
| UNAK GROCERY CORP. (D/B/A Liberty Café), et al. | |
| *Defendants.* | |

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, pursuant to Paragraph 5 Release and Covenant Not To Sue of the agreed-upon Settlement and General Release ("Agreement") in this matter, that the Agreement is modified as follows:

- Paragraph 5 of the agreement shall be amended to read as follows:

"<u>Release and Covenant Not To Sue</u>:

<u>Release and Covenant Not To Sue</u>: Plaintiffs knowingly and voluntarily release and forever discharge Defendants of and from any and all claims at issue in this action, whether known or unknown, asserted or unasserted, arising up to and as of the date of the execution of this Agreement, which Plaintiffs have or may have against Defendants, and also covenants not to file any claim or suit alleging a violation of any federal or state wage and hour laws including, but not limited to, the Fair Labor Standards Act and the New York Labor Law, arising up to and as of the date of the execution of this Agreement..

Date: New York, New York
March 2, 2021

1231196.1

_____  _____
Philip K. Davidoff, Esq.   Ciela A. Errington, Esq.
Ford Harrison LLP          Michael Faillace & Associates P.C.
366 Madison Avenue, 7th floor   60 E 42nd St., Suite 4510
New York, New York 10017   New York, New York 10165