```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
ARTURO DANIEL MIRANDA, et al.,                           :
                                                         :
                              Plaintiffs,                :
                                                         :         16-CV-1369 (VSB)
            -against-                                    :
                                                         :
GRACE FARMS, INC., et al.,                               :            ORDER
                                                         :
                              Defendants.                :
---------------------------------------------------------X
                                                         :         16-CV-7704 (VSB)
AYDE MENA AMARO, et al.,                                 :
                              Plaintiffs,                :
                                                         :
            -against-                                    :
                                                         :
UNAK GROCERY CORP. (d/b/a Liberty                        :
Cafe), et al.,                                           :
                              Defendants.                :
                                                         :
---------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On August 26, 2022, I ordered the parties to submit revised settlement agreements by October 10, 2022. (Doc. 97.) As of this order, the Parties have not filed any revised settlement agreements. Accordingly, it is hereby

      ORDERED that the parties submit their revised settlement agreements by October 24, 2022. If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 17, 2022
      New York, New York

                                          Vernon S. Broderick
                                          United States District Judge