UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AYDE MENA AMARO, ENRIQUE SANCHEZ VIELMA, IRVING RAMOS FRANCO, MIGUEL RIVERA and PAULINO RAMALES BRAVO (A.K.A. PAUL ESTRADA), *individually and on behalf of others similarly situated*,

Case No.: 16-cv-7704

*Plaintiffs*,

-against-

**JUDGMENT**

UNAK GROCERY CORP. (d/b/a Liberty Café), LIBERTY FOOD & GROCERY CORP INC. (d/b/a Liberty Café), GRACE FARMS, INC. (d/b/a City Café), VIVEK SINGHAL and RAJNI SINGHAL,
*Defendants*.

---------------------------------------------------------------X

## JUDGMENT

WHEREAS on or about October 20, 2022, Defendants UNAK GROCERY CORP. (d/b/a Liberty Café), LIBERTY FOOD & GROCERY CORP INC. (d/b/a Liberty Café), GRACE FARMS, INC. (d/b/a City Café), VIVEK SINGHAL and RAJNI SINGHAL, extended to Plaintiffs an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Proceedure in the amount of Two Hundred Five Thousand Dollars and Zero Cents ($205,000.00);

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiffs, AYDE MENA AMARO, ENRIQUE SANCHEZ VIELMA, IRVING RAMOS FRANCO, MIGUEL RIVERA and PAULINO RAMALES BRAVO (A.K.A. PAUL ESTRADA), have judgment against UNAK GROCERY CORP. (d/b/a Liberty Café), LIBERTY FOOD & GROCERY CORP INC. (d/b/a Liberty Café), GRACE FARMS, INC. (d/b/a City Café), VIVEK SINGHAL and RAJNI SINGHAL, jointly and severally, in the amount of Two Hundred Five Thousand Dollars and Zero Cents ($205,000.00) which is inclusive of attorneys' fees and costs.

- 2 -

Dated: 01/03/2024

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge